1 | **ROBERT H. HENSSLER, JR.**
California Bar No. 216165
2 | FEDERAL DEFENDERS OF SAN DIEGO, INC.
225 Broadway, Suite 900
3 | San Diego, California 92101-5008
Telephone: (619) 234-8467
4 | Facsimile: (619) 687-2666
Robert_Henssler@fd.org

6 | Attorneys for Defendant

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE PETER C. LEWIS)**

| UNITED STATES OF AMERICA, | ) Case No. 08MJ8320-02 |
|---|---|
| Plaintiff, | ) |
| | ) **NOTICE OF APPEARANCE** |
| v. | ) |
| **HUGO RAMIREZ-MARTINEZ**, | ) |
| Defendant. | ) |

Pursuant to implementation of the CM/ECF procedures in the Southern District of California, Robert R Henssler, Jr. and Federal Defenders of San Diego, Inc. files this Notice of Appearance as lead counsel in the above-captioned case.

Respectfully submitted,

Dated: March 19, 2008        /s/ *Robert R. Henssler, Jr.*
**ROBERT R. HENSSLER, JR.**
Federal Defenders of San Diego, Inc.
Robert_Henssler@fd.org
Attorneys for Defendant

# CERTIFICATE OF SERVICE

Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of her information and belief, and that a copy of the foregoing document has been served this day upon:

U S Attorneys Office Southern District of California
880 Front Street
Room 6293
San Diego, CA 92101
(619)557-5610
Fax: (619)557-5917
Email: Efile.dkt.gc2@usdoj.gov

**L Marcel Stewart**
Law Office of L Marcel Stewart
121 Broadway
Suite 349
San Diego, CA 92101
(619)702-4123
Fax: (619)515-6336
Email: lmslaw@att.net

DATED: March 19, 2008         */s/ Robert R. Henssler, Jr.*
                              **ROBERT R. HENSSLER, JR.**
                              Federal Defenders of San Diego, Inc.
                              Robert_Henssler@fd.org

2